```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 07-cr-134-PB

**David Houle**

### O R D E R

The government shall file a supplemental memorandum within 10 days explaining why Section 9 of the IAD requires the order of dismissal to be without prejudice.  The defendant shall file a responsive memorandum within 10 days thereafter.  The memoranda shall focus on the specific facts of this case.

    SO ORDERED.

                                /s/Paul Barbadoro
                                Paul Barbadoro
                                United States District Judge

May 28, 2009

cc:   Jonathan Saxe, Esq.
      Peter Papps, AUSA
      United States Marshal
      United States Probation